## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE

**JASSID TILLMAN,**

      *Plaintiff,*

      vs.

**Case No: 0:20-cv-61752-AHS**

**CHEX SYSTEMS, INC., ET. AL.**

      *Defendants*.

_____/

### NOTICE VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

COMES NOW, the Plaintiff, Jassid Tillman, to notify this Court that he voluntarily dismisses all of his claims as to all Defendants in this matter with prejudice.

Respectfully submitted this November 3, 2020, by:

/s/ *Thomas M. Bonan*
**Thomas M. Bonan, Esq.**
**FBN: 118103**
**SERAPH LEGAL, P. A.**
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
TBonan@SeraphLegal.Com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2020, a copy of the foregoing was filed electronically via the Florida e-filing portal and served on Defendant via email or U.S. Mail First Class.

/s/ *Thomas M. Bonan*
Thomas M. Bonan, Esq.
FBN: 118103