UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61752-CIV-SINGHAL

JASSID TILLMAN,

     Plaintiff,

v.

CHEX SYSTEMS, INC.,
PRO STYLE SERVICING, LLC,
and PAUL ANTHONY PELLIZZON,

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice (DE [9]) filed on November 3, 2020.  The Court having reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case stands **DISMISSED WITH PREJUDICE.**  The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of November 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF